**UNITIED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

VERONICA BRAYMAN,                                            CASE NO.: 9:20-cv-80717

    Plaintiff,

vs.

STATE FARM BANK F.S.B.,

    Defendant.

_____/

## NOTICE OF PENDING SETTLEMENT AS TO STATE FARM BANK F.S.B.

Plaintiff, Veronica Brayman ("Plaintiff"), by and through undersigned counsel, hereby submits this Notice of Pending Settlement as to State Farm Bank F.S.B., and states that Plaintiff and Defendant, State Farm Bank F.S.B., have reached a settlement in principle with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Plaintiff and Defendant, State Farm Bank F.S.B, expect to file the appropriate dismissal documents within sixty (60) days.

Dated this 5th day of October, 2020.

                                                                                        */s/ Christopher W. Boss*
**Christopher W. Boss, Esq.**
Fla. Bar No.: 13183
**Andrea D. Abercrombie, Esq.**
Fla. Bar No.: 91402
**BOSS LAW**
Email: cpservice@bosslegal.com
9887 4th Street North, Suite 202
St. Petersburg, Florida 33702
Phone: (727) 471-0039
Fax: (888) 449-8792
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 5th day of October 2020, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing, including the following:

    David A. Mercer, Esq.
    Butler Weihmuller Katz Craig LLP
    400 N. Ashley Drive, Suite 2300
    Tampa, FL 33602
    dmercer@butler.legal
    *Counsel for State Farm Bank, F.S.B.*

    */s/ Christopher W. Boss*
    **Christopher W. Boss, Esq.**