**UNITIED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

VERONICA BRAYMAN                                  CASE NO.: 9:20-cv-80717

      Plaintiff,

vs.

STATE FARM BANK, F.S.B.,

      Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby dismiss the above-entitled action and all claims asserted in the action with prejudice. The parties agree to bear their own fees and costs.

| | |
|---|---|
| Respectfully Submitted, | Respectfully Submitted, |
| */s/ Christopher W. Boss* | */s/ David A. Mercer*__ |
| **Christopher W. Boss, Esq.** | **David A. Mercer, Esq.** |
| Florida Bar No.: 13183 | Florida Bar No.: |
| **Andrea D. Abercrombie, Esq.** | BUTLER WEIHMULLER KATZ CRAIG LLP |
| Florida Bar No.: 91402 | dmercer@butler.legal |
| BOSS LAW | 400 N. Ashley Drive, Suite 2300 |
| 9887 Fourth Street North, Suite 202 | Tampa, FL 33602 |
| St. Petersburg, Florida 33702 | Telephone: (813) 281-1900 |
| Telephone: (727) 471-0039 | Facsimile: (813) 281-0900 |
| Facsimile: (888) 449-8792 | *Counsel for State Farm Bank F.S.B.* |
| cpservice@bosslegal.com | |
| *Attorney for Plaintiff* | |

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on this 13th day of October 2020, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing, including the following:

     David A. Mercer, Esq.
     Butler Weihmuller Katz Craig LLP
     400 N. Ashley Drive, Suite 2300
     Tampa, FL 33602
     dmercer@butler.legal
     *Counsel for State Farm Bank, F.S.B*

                              */s/ Christopher W. Boss*
                              **Christopher W. Boss, Esq.**